FILED by _UPE_ D.C.

FEB 27 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81088-CIV-MARRA/MATTHEWMAN

| | |
|---|---|
| PICTET OVERSEAS INC., PHILIPPE BERTHERAT, REMY ANTOINE BEST, RENAUD FERNAND DE PLANTA, JACQUES JOSEPH DE SAUSSURE, BERTRAND FRANCOIS LAMBERT DEMOLE, JEAN FRANCOIS DEMOLE, MARC PHILIPPE PICTET, AND NICOLAS LUCIEN PICTET, <br><br>Plaintiffs, <br><br>v. <br><br>HELVETIA TRUST and AAA GROUP INTERNATIONAL TRUST, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § |

**PLAINTIFFS' NOTICE OF POSTING CASH BOND**

Plaintiffs Pictet Overseas Inc. ("Pictet Overseas"), Philippe Bertherat, Remy Antoine Best, Renaud Fernand De Planta, Jacques Joseph de Saussure, Bertrand Francois Lambert Demole, Jean Francois Demole, Marc Philippe Pictet, and Nicolas Lucien Pictet (collectively, "Plaintiffs"), pursuant to the Court's Order dated February 7, 2014 (D.E. 49), respectfully provide notice of posting with the Clerk of the Court a cash bond in the amount of $5,000.00, as a condition of the preliminary injunction to pay the costs and damages sustained by Defendants Helvetia Trust and AAA Group International Trust if it is later determined that they have been wrongfully enjoined.

CASE NO. 13-81088-CIV-MARRA/MATTHEWMAN

Dated: February 27, 2014

                              Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____
MARK A. SALKY
Florida Bar No. 58221
Email: salkym@gtlaw.com
IAN M. ROSS
Florida Bar No. 91214
Email: rossi@gtlaw.com

**GREENBERG TRAURIG, LLP**
Terry R. Weiss
Florida Bar No. 57906
Email: weisstr@gtlaw.com
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212


**MAYER BROWN LLP**
Mark G. Hanchet (*Admitted Pro Hac Vice*)
Jeremy Schildcrout (*Admitted Pro Hac Vice*)
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: mhanchet@mayerbrown.com
Email: jschildcrout@mayerbrown.com

**ATTORNEYS FOR PLAINTIFFS**

```
DUPLICATE

Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100074694
Cashier ID: vthomas
Transaction Date: 02/27/2014
Payer Name: GREENBERG TRAURIG
----------------------------------
TREASURY REGISTRY
 For: PLAINTIFFS
 Case/Party: D-FLS-9-13-CV-081088-001
 Amount:        $5,000.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 610264
 Amt Tendered: $5,000.00
----------------------------------
Total Due:       $5,000.00
Total Tendered: $5,000.00
Change Amt:      $0.00

REMITTER:

GREENBERG TRAURIG

8400 NW 36TH ST STE 400

MIAMI, FL 33166


PICTET OVERSEAS INC V HELVETIA
TRUST ET AL
9:13-CV-81088-KAM


Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```