UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 13-81088-CIV-Marra/Matthewman

PICTET OVERSEAS, INC., *et al.*,

    Plaintiffs,

vs.

HELVETIA TRUST and AAA
GROUP INTERNATIONAL TRUST,

    Defendants.

_____/



# ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL DOCUMENTS [DE 65]

THIS CAUSE is before the Court upon Defendants, Helvetia Trust and AAA Group International Trust's ("Defendants") Motion to Compel Production of Documents ("Motion") [DE 65]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra upon an Order referring all discovery to the undersigned for final disposition. *See* DE 56.

The Court issued a comprehensive Order on this matter on September 8, 2014, in which it required Plaintiffs to produce certain additional documents and required both parties to submit supplemental briefing regarding the effect of specific Swiss law provisions on Plaintiffs' ability to produce other documents. *See* DE 91. Defendants filed limited objections to the Court's Order, arguing that the undersigned erred in finding that the Plaintiff-Partners did not have possession, custody, or control of documents belonging to Pictet & Cie. [DE 94]. On October 17, 2014, the District Judge denied the objections and affirmed the discovery Order. [DE 99].

Both parties have complied with the Court's September 8, 2014 Order and have filed supplemental briefing regarding the remaining discovery issues. *See* DEs 96, 98. At this point it

1

appears that the only remaining issue related to Defendants' Motion to Compel [DE 65] concerns Request for Production #44. Plaintiffs state that, in response to the request, Pictet Overseas has produced a chapter from each of its Compliance and Supervisory Procedures Manuals between 2010 and 2012 titled "Foreign Associated Persons (FAPs)." [DE 96]. Plaintiffs also explain that the Plaintiff-Partners do not have possession, custody, or control of any documents responsive to the request. *Id.* Defendants argue that "Pictet Overseas has not advised that it is not in possession, custody or control of responsive documents and it should be compelled to immediately produce all documents responsive to this request." [DE 98].

The Court agrees with Defendants and will require Plaintiff Pictet Overseas to better respond to Request for Production #44 within ten (10) days of the date of this Order and state whether it has any additional documents responsive to said request. Any responsive documents in the possession, custody, or control of the Plaintiff Pictet Overseas shall be produced within ten (10) days of the date of this Order. Additionally, the Court notes that, with the entry of this Order, all outstanding discovery disputes are resolved. The Court also reminds the parties that the discovery cut-off in this case is October 30, 2014.

Based on the foregoing, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Compel Production of Documents [DE 65] is **GRANTED IN PART AND DENIED IN PART**.

2. Within **ten (10) days** of the date of this Order, Plaintiff Pictet Overseas shall fully respond to Request for Production #44 by producing all responsive documents in its possession, custody, or control, to the extent it has not already done so.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 17th day of October, 2014.

*[signature]*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE