UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:13-CV-81088-KAM

PICTET OVERSEAS, INC., PHILIPPE
BERTHERAT, REMY ANTOINE BEST,
RENAUD FERNAND DE PLANTA,
JACQUES JOSEPH DE SAUSSURE,
BERTRAND FRANCOIS LAMBERT
DEMOLE, JEAN FRANCOIS DEMOLE,
MARC PHILIPPE PICTET, AND
NICOLAS LUCIEN PICTET,

        Plaintiffs,

vs.

HELVETIA TRUST and AAA
GROUP INTERNATIONAL TRUST,

        Defendants.

## LETTER OF REQUEST (LETTERS ROGATORY)

THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, PRESENTS ITS COMPLIMENTS TO THE APPROPRIATE JUDICIAL AUTHORITY OF SWITZERLAND, AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT IN THE ABOVE CAPTIONED MATTER. A TRIAL IN THIS MATTER HAS NOT BEEN SCHEDULED. THIS REQUEST IS BEING MADE PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE IN CIVIL AND COMMERCIAL MATTERS.

**SENDER:**

CURTIS CARLSON, ESQ.

CARLSON & ASSOCIATES, P.A.

ONE S.E. THIRD AVENUE

SUITE 1200

MIAMI, FL 33131


**CENTRAL AUTHORITY OF THE REQUESTED STATE:**

TRIBUNAL CIVIL - TRIBUNAL DE PREMIÈRE INSTANCE

PLACE DU BOURG-DE-FOUR 1

CASE POSTALE 3736

1211 GENÈVE 3


**PERSON TO WHOM THE EXECUTED REQUEST, AND RESPONSES ARE TO BE RETURNED:**

CURTIS CARLSON

CARLSON & ASSOCIATES, P.A.

SUNTRUST INTERNATIONAL CENTER, SUITE 1200

ONE S.E. THIRD AVENUE

MIAMI, FLORIDA 33131

TELEPHONE: 305.372.9700

FAX: 305.372.8265

EMAIL: CARLSON@CARLSON-LAW.NET

**SPECIFICATION OF THE DATE ON WHICH THE REQUESTING AUTHORITY REQUESTS THE DOCUMENTS FROM BANQUE PICTET & CIE BE PRODUCED**:

THIRTY (30) FROM THE DATE OF SERVICE OF THIS LETTER OF REQUEST (LETTERS ROGATORY).

**REASON FOR URGENCY**:

THE URGENCY FOR OBTAINING THE REQUESTED RECORDS IS BASED ON THE FOLLOWING REASON: REQUESTING PARTY REQUIRES SUFFICIENT TIME TO REVIEW THE DOCUMENTS PRIOR TO TRIAL.

**NAMES OF THE CASE AND IDENTIFYING CASE NUMBER**:

PICTET OVERSEAS INC., PHILIPPE BERTHERAT, REMY ANTOINE BEST, RENAUD FERNAND DE PLANTA, JACQUES JOSEPH DE SAUSSURE, BERTRAND FRANCOIS LAMBERT DEMOLE, JEAN FRANCOIS DEMOLE, MARC PHILIPPE PICTET, AND NICOLAS LUCIEN PICTET, Plaintiffs,

vs.

HELVETIA TRUST and AAA GROUP INTERNATIONAL TRUST, Defendants.

CASE NO. 9:13-CV-81088-KAM

**NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES**:

ATTORNEYS FOR PLAINTIFFS PICTET OVERSEAS INC., PHILIPPE BERTHERAT, REMY ANTOINE BEST, RENAUD FERNAND DE PLANTA, JACQUES JOSEPH DE SAUSSURE, BERTRAND FRANCOIS LAMBERT DEMOLE, JEAN FRANCOIS DEMOLE, MARC PHILIPPE PICTET, AND NICOLAS LUCIEN PICTET:

| | |
|---|---|
| Terry R. Weiss, Esq.<br>Greenberg Traurig LLP<br>3333 Piedmont Road NE<br>Suite 2500<br>Terminus 200<br>Atlanta, GA 30305<br>Telephone: 678.553.2603<br>Facsimile: 678.553.2604<br>email: weisstr@gtlaw.com | Mark Hanchet, Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>email: mhanchet@mayerbrown.com |

ATTORNEYS FOR DEFENDANTS HELVETIA TRUST AND AAA GROUP INTERNATIONAL TRUST:

CARLSON & ASSOCIATES, P.A.
Curtis Carlson, Fla.Bar. No.236640
One Southeast Third Avenue
1200 Suntrust International Center
Miami, Florida 33131
Telephone: 305.372.9700
Facsimile:  305.372.8265
email: carlson@carlson-law.net

**NATURE OF THE ORIGINAL PROCEEDINGS**:

THIS IS A CIVIL ACTION TO ENJOIN CUSTOMERS OF PICTET & CIE FROM MOVING FORWARD WITH AN ARBITRATION BEFORE THE FINANCIAL INDUSTRY

REGULATORY AUTHORITY AGAINST (1) AN AFFILAITE OF PICTET & CIE, PICTET OVERSEAS, INC., AND (2) THE PARTNERS OF PICTET & CIE, WHO ARE PHILIPPE BERTHERAT, REMY ANTOINE BEST, RENAUD FERNAND DE PLANTA, JACQUES JOSEPH DE SAUSSURE, BERTRAND FRANCOIS LAMBERT DEMOLE, JEAN FRANCOIS DEMOLE, MARC PHILIPPE PICTET, AND NICOLAS LUCIEN PICTET. PLEASE NOTE THAT PICTET& CIE IS NOT A PARTY TO THESE PROCEEDINGS, BUT ITS PARTNERS ARE PARTIES TO THESE PROCEEDINGS.

**EVIDENCE TO BE OBTAINED**:

DEFENDANTS SEEK TO OBTAIN EVIDENCE RELATED TO THE CASE FROM BANQUE PICTET & CIE TO DETERMINE THEIR KNOWLEDGE OF THE FACTS OF THE CASE. THE DOCUMENTS REQUESTED ARE SPECIFIED IN THE DEFENDANTS' REQUEST FOR PRODUCTION AND ARE ATTACHED HERETO AS EXHIBIT "A".

**IDENTITY AND ADDRESS OF THE PERSON REQUESTED TO PROVIDE TESTIMONY THROUGH WRITTEN ANSWERS**:

CUSTODIAN OF RECORDS

BANQUE PICTET & CIE

ROUTE DES ACACIAS 601211

GENEVA 73, SWITZERLAND

**REQUEST:**

THIS COURT REQUESTS THE ASSISTANCE DESCRIBED HEREIN AS NECESSARY IN THE INTERESTS OF JUSTICE. THE ASSISTANCE REQUESTED IS THAT THE APPROPRIATE JUDICIAL AUTHORITY OF SWITZERLAND:

1. CAUSE THE DEFENDANTS' REQUEST FOR PRODUCTION TO BE SERVED UPON BANQUE PICTET & CIE, AT THEIR BUSINESS ADDRESS OF ROUTE DES ACACIAS 601211, GENEVA 73, SWITZERLAND

    AND

2. RETURN THE PROOF OF SERVICE ("CERTIFICATE") TO THIS COURT.

**RECIPROCITY:**

THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, EXPRESSES A WILLINGNESS TO PROVIDE SIMILAR ASSISTANCE TO JUDICIAL AUTHORITIES OF SWITZERLAND.

**REIMBURSEMENT FOR COSTS:**

THE ATTORNEYS FOR THE REQUESTING PARTY, CARLSON & ASSOCIATES, P.A., EXPRESS A WILLINGNESS TO REIMBURSE THE JUDICIAL AUTHORITIES OF SWITZERLAND FOR COSTS INCURRED IN EXECUTING THE REQUESTING COURT'S LETTER OF REQUEST.

DATED: FEBRUARY 23, 2015.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

                                               UNITED STATES DISTRICT JUDGE

ATTACHMENT TO LETTER OF REQUEST (LETTERS ROGATORY)

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:13-cv-81088-KAM

PICTET OVERSEAS INC., PHILIPPE
BERTHERAT, REMY ANTOINE BEST,
RENAUD FERNAND DE PLANTA,
JACQUES JOSEPH DE SAUSSURE,
BERTRAND FRANCOIS LAMBERT
DEMOLE, JEAN FRANCOIS DEMOLE,
MARC PHILIPPE PICTET, AND
NICOLAS LUCIEN PICTET,

       Plaintiffs,

vs.

HELVETIA TRUST and AAA
GROUP INTERNATIONAL TRUST,

       Defendants.

_____/

## DEFENDANTS' REQUEST FOR PRODUCTION

Defendants, Helveria Trust and AAA Group International (the "Defendants"), by undersigned counsel, hereby propound this request for production directed to Banque Pictet & Cie SA, formerly known as Pictet & Cie.[1]

---

[1] This Request for Documents is being attached as Exhibit "A" to a Letter of Request (Letters Rogatory) signed by the United States District Court for the Southern District of Florida in the above-captioned case. Please note that Defendants Helvetia Trust and AAA Group International Trust waive any rights afforded to them under Swiss law as account holders and request that the documents responsive to the request be produced.

## DEFINITIONS

As used herein, the following terms shall have these meanings:

1. "AAA" shall mean AAA Group International Trust and includes its beneficiaries, settlors, trustees, and agents.

2. "Helvetia" shall mean Helvetia Trust and includes its beneficiaries, settlors, trustees, and agents.

3. "Partners" shall mean any or all of the individual plaintiffs in this case, specifically, Philippe Bertherat, Remy Antoine Best, Renaud Fernand De Planta, Jacques Joseph De Saussure, Bertrand Francois Lambert Demole, Jean-Francois Demole, Marc Philippe Pictet, and Nicholas Lucien Pictet.

4. "Pictet & Cie" shall mean the Swiss entity Banque Pictet & Cie SA, formerly known as Pictet & Cie.

5. "Pictet Overseas" shall mean Pictet Overseas, Inc.

6. "Callahan" shall mean Brian Callahan.

7. "Horizon" shall mean Horizon Global Advisors Ltd. and includes its officers, directors, managers, and agents.

8. "Written Communications" shall mean written communications of any nature and includes but is not limited to electronic mail, text messages, letters, and memoranda.

9. "Documents" shall mean (1) all writings of any kind including the originals and all non-identical copies, whether different from the original by reason of any notation made on copies or otherwise, including without limitation, e-mails, letters, correspondence, memoranda, notes, diaries, statistics, wire instructions, minutes, agendas,

agreements, contracts, reports, studies, checks, statements, receipts, returns, spreadsheets, computer printouts, summaries, pamphlets, books, prospectuses, telephone call message slips, facsimiles, faxes, bulletins, teletypes, telex, invoices, checks, and worksheets; (2) graphic or aural records or representations of any kind, including without limitation photographs, charts, graphs, microfilm, videotapes, recordings, and motion pictures; (3) electronic, mechanical or electronic records or representations of any kind, including without limitation tapes, cassettes, discs, and records; and (4) any of the foregoing in native format including but not limited to .xls, .xlsx, .doc, .docx, .ppt, .pptx, .pdf, .mov, and .wpd.

## REQUESTS FOR DOCUMENTS

Please provide the following documents:

1. The Pictet & Cie partnership agreement and any amendments of it that were in existence as of 2010-2012.

2. All Written Communications between Pictet & Cie and AAA.

3. All Written Communications between Pictet & Cie and Helvetia.

4. All Documents which relate, concern or evidence the approval of the AAA account at Pictet & Cie.

5. All Documents which relate, concern or evidence the approval of the Helvetia account at Pictet & Cie.

6. All Documents reviewed by any Partner in connection with the opening of the AAA account at Pictet & Cie.

7. All Documents reviewed by any Partner in connection with the opening of the Helvetia account at Pictet & Cie.

8. All Written Communications to or from any Partner in connection with the opening of the AAA account at Pictet & Cie.

9. All Written Communications to or from any Partner in connection with the opening of the Helvetia account at Pictet & Cie.

10. All Documents that relate, concern or evidence the approval of Callahan or Horizon to act as an asset manager or Gérant Indépendant of AAA's account.

11. All Documents that relate, concern or evidence the approval of Callahan or Horizon to act as an asset manager or Gérant Indépendant of Helvetia's account.

12. All Documents that relate, concern or evidence any communication with respect to any transaction in AAA's account.

13. All Documents that relate, concern or evidence any communication with respect to any transaction in Helvetia's account.

14. The Client Profile created for the AAA account.

15. The Client Profile created for the Helvetia Account.

16. A corporate chart showing all of the entities in the "Pictet Group" in 2010-2012.

17. All Documents that relate, concern or evidence the joint securities activities conducted by Pictet & Cie and Pictet Overseas during 2010-2012 as disclosed in securities filings.

CARLSON & ASSOCIATES, P.A.

By: _____s/ Curtis  Carlson_____
    Curtis Carlson, FBN 236640
    Suntrust International Center
    Suite 1200
    One S.E. Third Avenue
    Miami, Florida 33131
    Telephone: 305.372.9700
    Facsimile: 305.372.8265
    Email: carlson@carlson-law.net