## DECLARATION OF NELSON TUCKER

I, Nelson Tucker, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify in this proceeding, I would be able to testify competently to those facts and my opinions stated herein.

2. I am the CEO of Process Service Network, LLC, a process server with extensive experience in international service of process, am over the age of 18 years, and not a party to the within-named action.

3. I have been a Registered Process Server and owner of Process Service Network, LLC since 1978. I have authored four (4) books on service of process and investigation techniques and have conducted training seminars for the past 32 years. I regularly serve, or cause to be served, legal documents domestically and worldwide and supervise all international service and investigation assignments for clients who make assignments to us.

4. I am fully familiar with the laws and regulations that deal with service of process which originate in U.S. courts, which are to be served in Switzerland, and the methods and procedures followed for the service of process in Switzerland.

5. I regularly conduct California State Bar-approved MCLE courses on international service of process. I am a Life Member of the *National Association of Investigative Specialists* and the

*International Process Servers Association*. I serve on the Advisory Board of *Professional Process Server Network*. I am qualified as an expert in my field and can competently testify to the facts stated and declared within.

6. On February 25, 2015, I received an assignment from Carlsonj & Associates, P.A., with instructions to serve the Custodian of Records of Banque Pictet & Cie in the case Pictet Overseas, Inc., et al. v. Helvetia Trust, et al., Case No. 9:13-CV-81088-KAM.

7. The service was to be made in compliance with the Hague Evidence Convention.

8. On March 9, 2015, I forwarded the court-issued Letter of Request (Letters Rogatory) to the Central Authority of Switzerland in Geneve, Switzerland.

9. I have reviewed the Letters Rogatory (Letter of Request) in this case, including specifically the wording of the requests. I can state that in my experience with the Swiss authorities, I have processed numerous similar type requests and I have never seen a response like the one sent, by the Swiss Central Authority, in this case.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on June 9, 2015, at Simi Valley, California.

*[signature: Nelson Tucker]*