UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:13-CV-81088-KAM

PICTET OVERSEAS, INC., PHILIPPE
BERTHERAT, REMY ANTOINE BEST,
RENAUD FERNAND DE PLANTA,
JACQUES JOSEPH DE SAUSSURE,
BERTRAND FRANCOIS LAMBERT
DEMOLE, JEAN FRANCOIS DEMOLE,
MARC PHILIPPE PICTET, AND
NICOLAS LUCIEN PICTET,

        Plaintiffs,

vs.

HELVETIA TRUST and AAA
GROUP INTERNATIONAL TRUST,

        Defendants.

## LETTER OF REQUEST (LETTERS ROGATORY)

THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, PRESENTS ITS COMPLIMENTS TO THE APPROPRIATE JUDICIAL AUTHORITY OF SWITZERLAND, AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT IN THE ABOVE CAPTIONED MATTER. A TRIAL IN THIS MATTER HAS NOT BEEN SCHEDULED. THIS REQUEST IS BEING MADE PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE IN CIVIL AND COMMERCIAL MATTERS.

**SENDER:**

CURTIS CARLSON, ESQ.

CARLSON & ASSOCIATES, P.A.

ONE S.E. THIRD AVENUE

SUITE 1200

MIAMI, FL 33131

**CENTRAL AUTHORITY OF THE REQUESTED STATE:**

TRIBUNAL CIVIL - TRIBUNAL DE PREMIÈRE INSTANCE

PLACE DU BOURG-DE-FOUR 1

CASE POSTALE 3736

1211 GENÈVE 3

**PERSON TO WHOM THE EXECUTED REQUEST, AND RESPONSES ARE TO BE RETURNED:**

CURTIS CARLSON

CARLSON & ASSOCIATES, P.A.

SUNTRUST INTERNATIONAL CENTER, SUITE 1200

ONE S.E. THIRD AVENUE

MIAMI, FLORIDA 33131

TELEPHONE: 305.372.9700

FAX: 305.372.8265

EMAIL: CARLSON@CARLSON-LAW.NET

**SPECIFICATION OF THE DATE ON WHICH THE REQUESTING AUTHORITY REQUESTS THE DOCUMENTS FROM BANQUE PICTET & CIE BE PRODUCED:**

THIRTY (30) FROM THE DATE OF SERVICE OF THIS LETTER OF REQUEST (LETTERS ROGATORY).

**REASON FOR URGENCY:**

THE URGENCY FOR OBTAINING THE REQUESTED RECORDS IS BASED ON THE FOLLOWING REASON: REQUESTING PARTY REQUIRES SUFFICIENT TIME TO REVIEW THE DOCUMENTS PRIOR TO TRIAL.

**NAMES OF THE CASE AND IDENTIFYING CASE NUMBER:**

PICTET OVERSEAS INC., PHILIPPE BERTHERAT, REMY ANTOINE BEST, RENAUD FERNAND DE PLANTA, JACQUES JOSEPH DE SAUSSURE, BERTRAND FRANCOIS LAMBERT DEMOLE, JEAN FRANCOIS DEMOLE, MARC PHILIPPE PICTET, AND NICOLAS LUCIEN PICTET, Plaintiffs,

vs.

HELVETIA TRUST and AAA GROUP INTERNATIONAL TRUST, Defendants.

CASE NO. 9:13-CV-81088-KAM

**NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES:**

ATTORNEYS FOR PLAINTIFFS PICTET OVERSEAS INC., PHILIPPE BERTHERAT, REMY ANTOINE BEST, RENAUD FERNAND DE PLANTA, JACQUES JOSEPH DE SAUSSURE, BERTRAND FRANCOIS LAMBERT DEMOLE, JEAN FRANCOIS DEMOLE, MARC PHILIPPE PICTET, AND NICOLAS LUCIEN PICTET:

| | |
|---|---|
| Terry R. Weiss, Esq.<br>Greenberg Traurig LLP<br>3333 Piedmont Road NE<br>Suite 2500<br>Terminus 200<br>Atlanta, GA 30305<br>Telephone: 678.553.2603<br>Facsimile: 678.553.2604<br>email: weisstr@gtlaw.com | Mark Hanchet, Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>email: mhanchet@mayerbrown.com |

ATTORNEYS FOR DEFENDANTS HELVETIA TRUST AND AAA GROUP INTERNATIONAL TRUST:

CARLSON & ASSOCIATES, P.A.
Curtis Carlson, Fla.Bar. No.236640
One Southeast Third Avenue
1200 Suntrust International Center
Miami, Florida 33131
Telephone: 305.372.9700
Facsimile:  305.372.8265
email: carlson@carlson-law.net

**NATURE OF THE ORIGINAL PROCEEDINGS:**

THIS IS A CIVIL ACTION TO ENJOIN CUSTOMERS OF PICTET & CIE FROM MOVING FORWARD WITH AN ARBITRATION BEFORE THE FINANCIAL INDUSTRY

REGULATORY AUTHORITY AGAINST (1) AN AFFILAITE OF PICTET & CIE, PICTET OVERSEAS, INC., AND (2) THE PARTNERS OF PICTET & CIE, WHO ARE PHILIPPE BERTHERAT, REMY ANTOINE BEST, RENAUD FERNAND DE PLANTA, JACQUES JOSEPH DE SAUSSURE, BERTRAND FRANCOIS LAMBERT DEMOLE, JEAN FRANCOIS DEMOLE, MARC PHILIPPE PICTET, AND NICOLAS LUCIEN PICTET. PLEASE NOTE THAT PICTET& CIE IS NOT A PARTY TO THESE PROCEEDINGS, BUT ITS PARTNERS ARE PARTIES TO THESE PROCEEDINGS.

**EVIDENCE TO BE OBTAINED:**

DEFENDANTS SEEK TO OBTAIN EVIDENCE RELATED TO THE CASE FROM BANQUE PICTET & CIE TO DETERMINE WHETHER THE DEFENDANTS WERE CUSTOMERS OF THE PARTNERS OF PICTET & CIE. IF THE DEFENDANTS WERE CUSTOMERS, THEN THE PARTNERS OF PICTET & CIE MAY BE REQUIRED TO ARBITRATE ANY DISPUTE BETWEEN THEM AND THE DEFENDANTS THAT ARISES OUT OF THE BUSINESS OF THE PARTNERS OF PICTET & CIE. THE DOCUMENTS REQUESTED ARE SPECIFIED IN THE DEFENDANTS' REQUEST FOR PRODUCTION AND ARE ATTACHED HERETO AS EXHIBIT "A".

**IDENTITY AND ADDRESS OF THE PERSON REQUESTED TO PROVIDE TESTIMONY THROUGH WRITTEN ANSWERS:**

CUSTODIAN OF RECORDS

BANQUE PICTET & CIE

ROUTE DES ACACIAS 601211

GENEVA 73, SWITZERLAND

**REQUEST:**

THIS COURT REQUESTS THE ASSISTANCE DESCRIBED HEREIN AS NECESSARY IN THE INTERESTS OF JUSTICE. THE ASSISTANCE REQUESTED IS THAT THE APPROPRIATE JUDICIAL AUTHORITY OF SWITZERLAND:

1. CAUSE THE DEFENDANTS' REQUEST FOR PRODUCTION TO BE SERVED UPON BANQUE PICTET & CIE, AT THEIR BUSINESS ADDRESS OF ROUTE DES ACACIAS 601211, GENEVA 73, SWITZERLAND

   AND

2. RETURN THE PROOF OF SERVICE ("CERTIFICATE") TO THIS COURT.

**RECIPROCITY:**

THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, EXPRESSES A WILLINGNESS TO PROVIDE SIMILAR ASSISTANCE TO JUDICIAL AUTHORITIES OF SWITZERLAND.

**REIMBURSEMENT FOR COSTS:**

THE ATTORNEYS FOR THE REQUESTING PARTY, CARLSON & ASSOCIATES, P.A., EXPRESS A WILLINGNESS TO REIMBURSE THE JUDICIAL AUTHORITIES OF SWITZERLAND FOR COSTS INCURRED IN EXECUTING THE REQUESTING COURT'S LETTER OF REQUEST.

DATED: FEBRUARY ___, 2015.

_____
UNITED STATES DISTRICT JUDGE

ATTACHMENT TO LETTER OF REQUEST (LETTERS ROGATORY)

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:13-cv-81088-KAM

PICTET OVERSEAS INC., PHILIPPE
BERTHERAT, REMY ANTOINE BEST,
RENAUD FERNAND DE PLANTA,
JACQUES JOSEPH DE SAUSSURE,
BERTRAND FRANCOIS LAMBERT
DEMOLE, JEAN FRANCOIS DEMOLE,
MARC PHILIPPE PICTET, AND
NICOLAS LUCIEN PICTET,

    Plaintiffs,

vs.

HELVETIA TRUST and AAA
GROUP INTERNATIONAL TRUST,

    Defendants.

_____/

## DEFENDANTS' REQUEST FOR DOCUMENTS FROM PICTET & CIE

Defendants, Helveria Trust and AAA Group International (the "Defendants"), by undersigned counsel, hereby propound this request for production directed to Banque Pictet & Cie SA, formerly known as Pictet & Cie.[1]

---

[1] This Request for Documents is being attached as Exhibit "A" to a Letter of Request (Letters Rogatory) signed by the United States District Court for the Southern District of Florida in the above-captioned case. Please note that Defendants Helvetia Trust and AAA Group International Trust waive any rights afforded to them under Swiss law as account holders and request that the documents responsive to the request be produced.

## DEFINITIONS

As used herein, the following terms shall have these meanings:

1. "AAA" shall mean AAA Group International Trust and includes its beneficiaries, settlors, trustees, and agents, including Jerry Keith Ostry and Thames Trust Ltd.

2. "Helvetia" shall mean Helvetia Trust and includes its beneficiaries, settlors, trustees, and agents, including Thomas Claus.

3. "Partners" shall mean any or all of the individual plaintiffs in this case, specifically, Philippe Bertherat, Remy Antoine Best, Renaud Fernand De Planta, Jacques Joseph De Saussure, Bertrand Francois Lambert Demole, Jean-Francois Demole, Marc Philippe Pictet, and Nicholas Lucien Pictet.

4. "Pictet & Cie" shall mean the Swiss entity Banque Pictet & Cie SA, formerly known as Pictet & Cie.

5. "Pictet Overseas" shall mean Pictet Overseas, Inc.

6. "Callahan" shall mean Brian Callahan.

7. "Horizon" shall mean Horizon Global Advisors Ltd. and includes its officers, directors, managers, and agents.

## DOCUMENTS THAT ARE REQUESTED

Please provide the following documents:

1. The Pictet & Cie partnership agreement that was in effect as of December 31, 2010.

2. The Pictet & Cie partnership agreement that was in effect as of December 31, 2011.

3. The Pictet & Cie partnership agreement that was in effect as of December 31, 2012.

4. The electronic mail messages from AAA to Pictet & Cie.

5. The electronic mail messages from Pictet & Cie to AAA.

6. The electronic mail messages from Helvetia to Pictet & Cie.

7. The electronic mail messages from Pictet & Cie to Helvetia.

8. The electronic mail message from a partner of Pictet & Cie that approves the opening of the account of AAA as shown in the electronic mail message from Marc Dupraz to Brian Calahan dated November 5, 2010.

9. The electronic mail message from a Partner of Pictet & Cie that approves the opening of the account of Helvetia.

10. The electronic mail message from a Partner of Pictet & Cie that confirms the approval of Callahan or Horizon to act as an asset manager or Gérant Indépendant of accounts of customers of Pictet & Cie.

11. The electronic mail message from a Partner of Pictet & Cie that confirms the approval of Callahan or Horizon to act as an asset manager or Gérant Indépendant of the account of AAA.

12. The electronic mail message from a Partner of Pictet & Cie that confirms the approval of Callahan or Horizon to act as an asset manager or Gérant Indépendant of the account of Helvetia.

13. The monthly statements of account for the account of AAA.

14. The monthly statements of account for the account of Helvetia.

15. The Client Profile for the AAA account.

16. The Client Profile for the Helvetia Account.

17. The corporate chart the "Pictet Group" as of December 31, 2010.

18. The corporate chart of the "Pictet Group" as of December 31, 2011.

19. The corporate chart of the "Pictet Group" as of December 31, 2012.

20. A description of the joint securities activities conducted by Pictet & Cie and Pictet Overseas during 2010-2012 as disclosed in securities filings.

CARLSON & ASSOCIATES, P.A.

By:    s/ Curtis Carlson
Curtis Carlson, FBN 236640
Suntrust International Center
Suite 1200
One S.E. Third Avenue
Miami, Florida 33131
Telephone: 305.372.9700
Facsimile: 305.372.8265
Email: carlson@carlson-law.net