**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 13-81088-CIV-MARRA/MATTHEWMAN**

| | |
|---|---|
| PICTET OVERSEAS INC., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| HELVETIA TRUST, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' NOTICE OF FILING**

Defendants Helvetia Trust ("Helvetia") and AAA Group International Trust ("AAA")

(collectively "Defendants"), by undersigned counsel, hereby files the Declaration of Brian R.

Callahan.

Respectfully submitted,

Attorneys for Defendants

By:  s/ Curtis Carlson
        Curtis Carlson
        Florida Bar No. 236640
        Carlson & Associates, PA
        One S.E. Third Avenue, Suite 1200
        Miami, FL  33131
        Telephone:  305-372-9700
        Facsimile:  305-372-8265
        E-mail:  carlson@carlson-law.net

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record listed below, in the manner specified, either via transmitting of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Terry R. Weiss, Esq.
Greenberg Traurig LLP
3333 Piedmont Road NE
Suite 2500
Terminus 200
Atlanta, GA 30305
(678) 553-2603
weisstr@gtlaw.com

Mark Allan Salky, Esq.
Greenberg Traurig LLP
333 Avenue of the Americas
Suite 4400
Miami Florida  33131
(305) 579-0717
salkym@gtlaw.com

Mark G. Hanchet (***Admitted Pro Hac Vice***)
Jeremy Schildcrout (***Admitted Pro Hac Vice***)
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: mhanchet@mayerbrown.com
Email: jschildcrout@mayerbrown.com

By: _____ s/ Curtis Carlson _____