| DEFENDANTS' TRIAL EXHIBIT LIST ||||||
|---|---|---|---|---|---|
| Def. No. | Date Offered | Marked | Admitted | Pl. Objections | Description |
| 1 | | | | | FINRA Statement of Claim |
| 2 | | | | | Deposition of Jerry Ostry and Exhibits |
| 2(1) | | | | | Ex. 1, Ostry Dep., Defendants' Reply to Plaintiff's Motion for Preliminary and Permanent Injunction |
| 2(2) | | | | | Ex. 2, Ostry Dep., Ex. A to Le Declaration (FINRA Statement of Claim) |
| 2(3) | | | | | Ex. 3, Ostry Dep., Application to Open a Banking Relationship for a Trust |
| 2(4) | | | | | Ex. 4, Ostry Dep., Client Profile |
| 2(5) | | | | | Ex. 5, Ostry Dep., AAA Group International Trust, Trust Deed |
| 2(6) | | | | | Ex. 6, Ostry Dep., email chain |
| 2(7) | | | | | Ex. 7, Ostry Dep., Credit Advice (09 November 2010) |
| 2(8) | | | | | Ex. 8, Ostry Dep., Credit Advice (01 December 2010) |
| 2(9) | | | | | Ex. 9, Ostry Dep., Credit Advice (20 December 2010) |
| 2(10) | | | | | Ex. 10, Ostry Dep., Order Form (01 December 2010) |
| 2(11) | | | | | Ex. 11, Ostry Dep., Statement of Income (31 December 2010) |
| 2(12) | | | | | Ex. 12, Ostry Dep., BrokerCheck Report on Brian Callahan |
| 2(13) | | | | | Ex. 13, Ostry Dep., email chain |
| 2(14) | | | | | Ex. 14, Ostry Dep., Pictet Letter (10 January 2013) |
| 2(A) | | | | | Ex. A, Ostry Dep., Ex. F to Le Declaration (Series of Commmunications) |
| 3 | | | | | Helvetia Trust Account Opening Application |
| 4 | | | | | Pictet Corporate Charts (POI-Helvetia 0000577-579) |
| 5 | | | | | Contract D'Association (POI-Helvetia 0000580-583) |
| 6 | | | | | BrokerCheck Report on Pictet Overseas |
| 7 | | | | | CRD Report on Pictet Overseas |
| 8 | | | | | Plaintiffs' Responses and Objections to Defendants' First Request for Admissions |
| 9 | | | | | Plaintiff's Reponses and Objections to Defendants' First Request for Production |
| 10 | | | | | Plaintiffs' Responses and Objections to Defendants' Second Request for Admissions |
| 11 | | | | | Helvetia Trust Trust Deed |
| 12 | | | | | Pictet Letters (08 March 2012) |
| 13 | | | | | Pictet Letters (27 March 2012) |
| 14 | | | | | Pictet Letters (15 March 2012) |
| 15 | | | | | Emails between Ostry and Jean-Marc Vannay |
| 16 | | | | | Mayer Brown Letter (11 April 2012) |
| 17 | | | | | Mayer Brown Letter (20 April 2012) |
| 18 | | | | | Mayer Brown Letter (4 May 2012) |
| 19 | | | | | Emails between Claus and Stephane Brulhart |
| 20 | | | | | Emails between Callahan and Dupraz |
| 21 | | | | | Emails between Callahan and Brulhart |
| 22 | | | | | FINRA Rule 12200 |
| 23 | | | | | FINRA Rule 12100 |
| 24 | | | | | Plaintiffs' Supplemental Memorandum of Law (D.E. 81) |
| 25 | | | | | Plaintiffs' Reply in Further Support (D.E. 26) |
| 26 | | | | | Plaintiff's' Post Hearing Brief (D.E. 38) |
| 27 | | | | | Plaintiffs' Reply in Support (D.E. 86) |
| 28 | | | | | Plaintiffs' Supplemental Brief (D.E. 96) |
| 29 | | | | | Plaintiffs' Notice of Supplemental Reponse (D.E. 103) |

| | | | | | |
|---|---|---|---|---|---|
| 30 | | | | | Plaintiffs' Motion for Permanent Injunction (D.E. 135) |
| 31 | | | | | Plaintiffs' Memorandum of Law (D.E. 141) |
| 32 | | | | | Plaintiffs' Reply in Supoort (D.E. 150) |
| 33 | | | | | Pictet Certifications (POI-Helvetia 0000584-587, 591-594, 602-606, 625-626, 631-633, 637-639, 643-645, 649-650, 663-664, 674-676) |
| 34 | | | | | Web pages from the Pictet Website |
| 35 | | | | | Video of conversation with Andrew Horn of Pictet Overseas |
| 36 | | | | | Power Point Demonstration using video of conversation with Andrew Horn |
| 37 | | | | | Script of conversation with Andrew Horn |