UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81088-CIV-MARRA

PICTET OVERSEAS INC.
et al.,

Plaintiffs,

vs.

HELVETIA TRUST and AAA
GROUP INTERNATIONAL TRUST,

Defendants.
_____/

## ORDER

This cause is before the Court upon Defendants' Motion to Strike Antoine Salamolard as

a Witness (DE 165).  The Motion is fully briefed and ripe for review. The Court has carefully

considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that  Defendants' Motion to

Strike Antoine Salamolard as a Witness (DE 165) is **DENIED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 22nd day of December, 2016.

_____
KENNETH A. MARRA
United States District Judge