UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81088-CIV-MARRA

PICTET OVERSEAS INC.
et al.,

Plaintiffs,

vs.

HELVETIA TRUST and AAA
GROUP INTERNATIONAL TRUST,

Defendants.
_____/

## **JUDGMENT**

Judgment is hereby entered on behalf of Plaintiff and against Defendants. Defendants are permanently enjoined from prosecuting the arbitration against Plaintiffs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of April, 2017.

_____
KENNETH A. MARRA
United States District Judge